FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2021

No. 04-21-00216-CR, 04-21-00217-CR

John David **BABYAK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR9102, 2018CR9104
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief in these consolidated appeals has been filed. Accordingly, we withdraw our order dated September 21, 2021 and we reinstate the appeal on the active docket of this court. The State's brief is due November 3, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court